IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TORIBIO DANIELS,

    Petitioner,                   No. 2:10-cv-0825 KJN P

    vs.

EDMUND G. BROWN, JR.,

    Respondent.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se with this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, has requested this action be dismissed without prejudice.

        Accordingly, IT IS HEREBY ORDERED that respondents shall notify this court, within fourteen days, whether they have any objection to the dismissal of this action. Should respondents fail to respond, petitioner's request will be granted pursuant to Fed. R. Civ. P. 41(a). See Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED: July 23, 2010

                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

dani0825.159a

1