IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TORIBIO DANIELS,

    Petitioner,                    No. 2:10-cv-0825 KJN P

    vs.

EDMUND G. BROWN, JR.,

    Respondent.              ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel, has requested that this action be dismissed.  On July 26, 2010, respondent was granted fourteen days in which to file any objection.  On August 4, 2010, respondent filed a statement of non-opposition to this dismissal.  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.  Fed. R. Civ. P. 41(a); see also Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254.

DATED:  August 4, 2010

                                      KENDALL J. NEWMAN
                                      UNITED STATES MAGISTRATE JUDGE

dani0825.159

1